423 A.2d 1315

Commonwealth v. Frankhouser, Appellant.

Submitted April 10, 1978. Wilbert H. Beachy, III, Public Defender, for appellant; G. Gregory Frantz, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH, and HESTER, JJ.

Order affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

423 A.2d 1315

Commonwealth v. Gallagher, Appellant.

Argued June 5, 1979. Seth Weber, Assistant Public Defender, for appellant; Kenneth G. Biehn, District Attorney submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order from the judgment of sentence and revocation of parole is affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.